USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                     :
DAVID and SHELLY CHANDLER,           :
Individually, and as Trustees of the :
Chandler Trust dated 12/28/2005, and n :    08 Civ. 2967 (DLC)
behalf of all others similarly       :
situated,                            :         ORDER
                    Plaintiffs,      :
                                     :
        -v-                          :
                                     :
UBS AG, UBS SECURITIES LLC, AND UBS  :
FINANCIAL SERVICES INC.,             :
                    Defendants.      :
------------------------------------X
                                     :
RICARDO L. SANCHEZ, on behalf of     :
himself and all others similarly     :
situated,                            :    08 Civ. 3082 (DLC)
                    Plaintiff,       :
                                     :         ORDER
        -v-                          :
                                     :
UBS AG, UBS SECURITIES LLC, AND UBS  :
FINANCIAL SERVICES INC.,             :
                    Defendants.      :
                                     :
------------------------------------X

DENISE COTE, District Judge:

   On March 21, 2008, plaintiffs David and Shelly Chandler ("the Chandlers") filed a class action lawsuit on behalf of all persons who purchased auction rate securities ("ARS") sold by defendants UBS AG, UBS Securities LLC, and UBS Financial Services Inc. from March 21, 2003 through February 13, 2008. On March 26, plaintiff Ricardo Sanchez ("Sanchez") filed a class action lawsuit on behalf of all persons who purchased ARS from

the same defendants during the same time period. Both complaints center around the defendants' representations regarding ARS and their decision, along with that of other broker-dealers, to stop participating in ARS auctions on February 13, 2008. The complaints allege securities fraud in violation of Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act") and SEC Rule 10b-5. They also allege that defendant UBS AG is liable as a controlling person pursuant to Section 20(a) of the Exchange Act.

Section 78u-4(a)(3)(A) of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires the Chandlers to publish not later than twenty days after the date on which they filed their complaint,

> in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class—
>
> (I) of the pendency of the action, the claims asserted therein, and the purported class period; and
>
> (II) that, not later than 60 days after the date on which the notice is published, any member of the purported class may move the court to serve as lead plaintiff of the purported class.

15 U.S.C. § 78u-4(a)(3)(A)(i); see id. at § 78u-4(a)(3)(A)(ii). The Chandlers' attorneys published this notice on March 21, 2008. Members of the purported class therefore have until May 20, 2008 to move the Court to serve as lead plaintiffs. It is hereby

ORDERED that a conference shall be held at **9:00 a.m.** on **Friday, June 20, 2008** to consider any motions for appointment of lead plaintiff and lead counsel and for consolidation.

IT IS FURTHER ORDERED that the named plaintiffs shall promptly serve a copy of this Order on each of the defendants.

SO ORDERED:

Dated:    April 2, 2008
         New York, New York

             _____
                       DENISE COTE
                 United States District Judge