United States District Court
Southern Disirict of New York

---

David and Shelly Chandler, Individually, And As Trustees of the Chandler Trust Dated 12/28/2005, And On Behalf of All Others Similarly Situated,

                        Plaintiff(s)

-against-

UBS AG, et al.,

                        Defendant(s)

AFFIDAVIT OF SERVICE

Case No. 08 CV 02967

---

State of New York )
                   ) ss:
County of Albany )

Mary M. Bonville, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action. That on April 9, 2008 at approximately 3:00 PM deponent served the following specific papers Summons in a Civil Action, Class Action Complaint for Violations of Federal Securities Laws, Individual Practices in Civil Cases Denise Cote, United States District Judge dated March 23, 2005, Third Amended Instructions for Filing an Electronic Case or Appeal dated June 7, 2004, Guidelines for Electronic Case Filing Dated December 1, 2003, Procedures for Electronic Case Filing dated March 6, 2003, Individual Practices of Magistrate Judge Theodore H. Katz dated July 14, 2003, that the party served was UBS Securities LLC, by personally serving one copy of the aforesaid papers at the office of the registered agent, Corporation Service Company located at 80 State Street, in the City of Albany, New York by delivering to and leaving papers with Maureen Cogan, a white female with brown hair, being approximately 46-55 years of age; height of 5'4" - 5'8", weight of 130-160 lbs., being an authorized person in Corporation Service Company and empowered to receive such service.

                                                      *Mary M. Bonville*
                                                       Mary M. Bonville

Sworn to before me this 9th day of April, 2008

*Ruth A. Dennehey*
Ruth A. Dennehey
Notary Public — State of New York
Qualified in Albany County
Registration No. 01DE4729775
Commission Expires: 11-30-2010

**Nicoletti & Harris, Inc.,
116 John Street, Suite 300
New York, NY 10038**

United States District Court
Southern Disitrict of New York

---

David and Shelly Chandler, Individually, And As Trustees of the Chandler Trust Dated 12/28/2005, And On Behalf of All Others Similarly Situated,

          Plaintiff(s)

-against-

UBS AG, et al.,

          Defendant(s)

AFFIDAVIT OF SERVICE

Case No. 08 CV 02967

---

State of New York )
       ) ss:
County of Albany )

Mary M. Bonville, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action. That on April 9, 2008 at approximately 3:00 PM deponent served the following specific papers Summons in a Civil Action, Class Action Complaint for Violations of Federal Securities Laws, Individual Practices in Civil Cases Denise Cote, United States District Judge dated March 23, 2005, Third Amended Instructions for Filing an Electronic Case or Appeal dated June 7, 2004, Guidelines for Electronic Case Filing Dated December 1, 2003, Procedures for Electronic Case Filing dated March 6, 2003, Individual Practices of Magistrate Judge Theodore H. Katz dated July 14, 2003, that the party served was UBS Financial Services Inc., by personally serving one copy of the aforesaid papers at the office of the registered agent, Corporation Service Company located at 80 State Street, in the City of Albany, New York by delivering to and leaving papers with Maureen Cogan, a white female with brown hair, being approximately 46-55 years of age; height of 5'4" - 5'8", weight of 130-160 lbs., being an authorized person in Corporation Service Company and empowered to receive such service.

_____
Mary M. Bonville

Sworn to before me this ____ day of April, 2008

_____
Ruth A. Dennehey
Notary Public — State of New York
Qualified in Albany County
Registration No. 01DE4729775
Commission Expires: 11-30-2010

Nicoletti & Harris, Inc.,
116 John Street, Suite 300
New York, NY 10038