Keith W. Miller
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000

James D. Wareham (*Pro hac vice application pending)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street, N.W.
Washington, D.C. 20005
(202) 551-1700

William F. Sullivan (*Pro hac vice application pending)
Howard M. Privette (*Pro hac vice application pending)
John S. Durrant (*Pro hac vice application pending)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 S. Flower Street
Los Angeles, California
(213) 683-6000
Attorneys for Defendants UBS Securities LLC and UBS Financial Services, Inc.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID and SHELLY CHANDLER, Individually, And As Trustees of the Chandler Trust Dated 12/28/2005, And On Behalf of All Others Similarly Sitiuated, | CASE NO: 08-CV-02967 (LMM) |
| Plaintiffs, | **MOTION TO ADMIT COUNSEL** *PRO HAC VICE* |
| - against - | |
| UBS AG, UBS SECURITIES LLC and UBS FINANCIAL SERVICES, INC., | |
| Defendants. | |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that pursuant to Rule 1.3(c) of the Local Rules of the United

States District Courts for the Southern and Eastern Districts of New York and upon the annexed

Declaration of Keith W. Miller, a member in good standing of the bar of this Court, the

accompanying Declarations of John S. Durrant, Howard M. Privette, William F. Sullivan, and

James D. Wareham, and the exhibits annexed hereto, the undersigned hereby moves this Court

for an Order allowing the admission *pro hac vice*, to argue or try this case in whole or in part as

counsel, of

John S. Durrant
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 S. Flower Street
Los Angeles, California
(213) 683-6000
(213) 627-0705

Howard M. Privette
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 S. Flower Street
Los Angeles, California
(213) 683-6000
(213) 627-0705

William F. Sullivan
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 S. Flower Street
Los Angeles, California
(213) 683-6000
(213) 627-0705

James D. Wareham
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street, N.W.
Washington, D.C. 20005
(202) 551-1700

John S. Durrant, Howard M. Privette, and William F. Sullivan are members in good

standing of the Bar of the State of California. James D. Wareham is a member in good standing

of the Bar of the District of Columbia and the Bar of the State of Illinois.  There are no pending

disciplinary proceedings against John S. Durrant, Howard M. Privette, William F. Sullivan, or

James D. Wareham in any State or Federal court.


Dated: New York, New York          PAUL, HASTINGS, JANOFSKY &
       April 25, 2008               WALKER LLP


                                   By: _____
                                       Keith W. Miller
                                       75 East 55th Street
                                       New York, New York 10022
                                       (212) 318-6000

                                       *Attorney for Defendants UBS
                                       Securities LLC and UBS Financial
                                       Services, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DAVID and SHELLY CHANDLER, Individually, And As Trustees of the Chandler Trust Dated 12/28/2005, And On Behalf of All Others Similarly Sitiuated, <br><br> Plaintiffs, <br><br> - against - <br><br> UBS AG, UBS SECURITIES LLC and UBS FINANCIAL SERVICES, INC., <br><br> Defendants. | CASE NO: 08-CV-02967 (LMM) <br><br> **[PROPOSED] ORDER GRANTING MOTION TO ADMIT COUNSEL** *PRO HAC VICE* |

Upon due consideration and the Court being fully advised of the application of **John S. Durrant, Howard M. Privette, William F. Sullivan,** and **James D. Wareham** to appear and participate *pro hac vice* as counsel for Defendants UBS Securities LLC and UBS Financial Services, Inc. in the above-referenced action, it is:

ORDERED that said Motion be and the same is hereby GRANTED.

This _____ day of April, 2008.

_____
Hon. Lawrence M. McKenna
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has caused to be served by hand a true and correct copy of the foregoing Motion to Admit Counsel *Pro Hac Vice,* the Declarations of Keith W. Miller, John S. Durrant, Howard M. Privette, William F. Sullivan, and James D. Wareham, and the exhibits annexed hereto this 25th day of April, 2008, on the following:

> Christopher A. Seeger, Esq.
> Seeger Weiss LLP
> One William Street
> New York, NY 10004

The undersigned hereby certifies that he has caused to be served by hand a true and correct copy of the foregoing Motion to Admit Counsel *Pro Hac Vice,* the Declarations of Keith W. Miller, John S. Durrant, Howard M. Privette, William F. Sullivan, and James D. Wareham, and the exhibits annexed hereto this 25th day of April, 2008, on the following:

Jonathan K. Levine, Esq.                        Norman E. Siegel, Esq.
Girard Gibbs LLP                                Stueve Siegel Hanson LLP
601 California St., 14th Floor                   460 Nichols Road, Suite 200
San Francisco, CA 94108                         Kansas City, MO 64112

Jonathan A. Choa

Keith W. Miller
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000

James D. Wareham (*Pro hac vice application pending)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street, N.W.
Washington, D.C. 20005
(202) 551-1700

William F. Sullivan (*Pro hac vice application pending)
Howard M. Privette (*Pro hac vice application pending)
John S. Durrant (*Pro hac vice application pending)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 S. Flower Street
Los Angeles, California
(213) 683-6000
Attorneys for Defendants UBS Securities LLC and UBS Financial Services, Inc.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID and SHELLY CHANDLER, Individually, And As Trustees of the Chandler Trust Dated 12/28/2005, And On Behalf of All Others Similarly Sitiuated, <br><br> Plaintiffs, <br><br> - against - <br><br> UBS AG, UBS SECURITIES LLC and UBS FINANCIAL SERVICES, INC., <br><br> Defendants. | CASE NO: 08-CV-02967 (LMM) <br><br><br> **DECLARATION OF KEITH W. MILLER** |

Pursuant to 28 U.S.C. § 1746 and Local Rule 1.10, Keith W. Miller hereby declares as follows:

1.  I am an attorney with the law firm of Paul, Hastings, Janofsky & Walker LLP, counsel for UBS Securities LLC and UBS Financial Services, Inc., defendants in

LEGAL_US_E # 78855879.2

these proceedings. I submit this declaration in support of the motion, pursuant to Local Rule 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, for an Order granting John S. Durrant, Howard M. Privette, William F. Sullivan, and James D. Wareham admission *pro hac vice* to the bar of the United States District Court for the Southern District of New York in order to argue and try the above-captioned case.

2.  I am a member in good standing of the bar of this Court.

3.  I have reviewed the declaration of John S. Durrant in support of the motion for admission *pro hac vice* submitted herewith, and I believe that this declaration is true and correct. John S. Durrant is fully familiar with the facts of this case.

4.  I have reviewed the declaration of Howard M. Privette in support of the motion for admission *pro hac vice* submitted herewith, and I believe that this declaration is true and correct. Howard M. Privette is fully familiar with the facts of this case.

5.  I have reviewed the declaration of William F. Sullivan in support of the motion for admission *pro hac vice* submitted herewith, and I believe that this declaration is true and correct. William F. Sullivan is fully familiar with the facts of this case.

6.  I have reviewed the declaration of James D. Wareham in support of the motion for admission *pro hac vice* submitted herewith, and I believe that this declaration is true and correct. James D. Wareham is fully familiar with the facts of this case.

7.   Upon the foregoing fact, I respectfully request that the Court grant the motion for

the admission *pro hac vice* of John S. Durrant, Howard M. Privette, William F.

Sullivan, and James D. Wareham to the bar of the United States District Court for

the Southern District of New York.

Dated:  New York, New York
         April 25, 2008

By:_____
         Keith W. Miller
         PAUL, HASTINGS, JANOFSKY &
         WALKER LLP
         75 East 55th Street
         New York, New York 10022
         (212) 318-6000

Keith W. Miller
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000

James D. Wareham (*Pro hac vice* application pending)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street, N.W.
Washington, D.C. 20005
(202) 551-1700

William F. Sullivan (*Pro hac vice* application pending)
Howard M. Privette (*Pro hac vice* application pending)
John S. Durrant (*Pro hac vice* application pending)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 S. Flower Street
Los Angeles, California
(213) 683-6000
Attorneys for Defendants UBS Securities LLC and UBS Financial Services, Inc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DAVID and SHELLY CHANDLER, Individually, And As Trustees of the Chandler Trust Dated 12/28/2005, And On Behalf of All Others Similarly Sitiuated,<br><br>        Plaintiffs,<br><br>    - against -<br><br>UBS AG, UBS SECURITIES LLC and UBS FINANCIAL SERVICES, INC.,<br><br>        Defendants. | CASE NO: 08-CV-02967 (LMM)<br><br><br>**DECLARATION OF JOHN S. DURRANT** |

Pursuant to 28 U.S.C. § 1746, John S. Durrant hereby declares as follows

  1. I am an attorney with the law firm of Paul, Hastings, Janofsky & Walker LLP.

2. I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the State of California.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. Wherefore your declarant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this case.

I certify that the foregoing is true and correct. Signed under penalty of perjury this _3rd_ day of April, 2008.

Dated: April 3, 2008

John S. Durrant
Paul, Hastings, Janofsky & Walker LLP
515 S. Flower Street
Los Angeles, CA 90071
213.683.6000 (voice), 213.627.0705 (fax)

# THE STATE BAR
# OF CALIFORNIA

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1639

TELEPHONE: 888-800-3400

April 2, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JOHN STEPHEN DURRANT, #217345 was admitted to the practice of law in this state by the Supreme Court of California on December 4, 2001; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

Keith W. Miller
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000

James D. Wareham (*Pro hac vice application pending)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street, N.W.
Washington, D.C. 20005
(202) 551-1700

William F. Sullivan (*Pro hac vice application pending)
Howard M. Privette (*Pro hac vice application pending)
John S. Durrant (*Pro hac vice application pending)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 S. Flower Street
Los Angeles, California
(213) 683-6000
Attorneys for Defendants UBS Securities LLC and UBS Financial Services, Inc.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID and SHELLY CHANDLER, Individually, And As Trustees of the Chandler Trust Dated 12/28/2005, And On Behalf of All Others Similarly Sitiuated,<br><br>               Plaintiffs,<br><br>    - against -<br><br>UBS AG, UBS SECURITIES LLC and UBS FINANCIAL SERVICES, INC.,<br><br>               Defendants. | CASE NO: 08-CV-02967 (LMM)<br><br>**DECLARATION OF HOWARD M. PRIVETTE** |

Pursuant to 28 U.S.C. § 1746, Howard M. Privette hereby declares as follows

    1.  I am a partner with the law firm of Paul, Hastings, Janofsky & Walker LLP.

2. I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the State of California.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. Wherefore your declarant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this case.

I certify that the foregoing is true and correct.  Signed under penalty of perjury this 3rd day of April, 2008.


Dated: April 3, 2008

Howard M. Privette
Paul, Hastings, Janofsky & Walker LLP
515 S. Flower Street
Los Angeles, CA 90071
213.683.6000 (voice), 213.627.0705 (fax)

# THE STATE BAR
# OF CALIFORNIA

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

April 2, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, HOWARD
MILTON PRIVETTE, #137216 was admitted to the practice of law in this
state by the Supreme Court of California on December 7, 1988; and has
been since that date, and is at date hereof, an ACTIVE member of the State
Bar of California; and that no recommendation for discipline for professional
or other misconduct has ever been made by the Board of Governors or a
Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

Keith W. Miller
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000

James D. Wareham (*Pro hac vice* application pending)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street, N.W.
Washington, D.C. 20005
(202) 551-1700

William F. Sullivan (*Pro hac vice* application pending)
Howard M. Privette (*Pro hac vice* application pending)
John S. Durrant (*Pro hac vice* application pending)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 S. Flower Street
Los Angeles, California
(213) 683-6000
Attorneys for Defendants UBS Securities LLC and UBS Financial Services, Inc.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID and SHELLY CHANDLER, Individually, And As Trustees of the Chandler Trust Dated 12/28/2005, And On Behalf of All Others Similarly Sitiuated,<br><br>               Plaintiffs,<br><br>   - against -<br><br>UBS AG, UBS SECURITIES LLC and UBS FINANCIAL SERVICES, INC.,<br><br>               Defendants. | CASE NO: 08-CV-02967 (LMM)<br><br><br>**DECLARATION OF WILLIAM F. SULLIVAN** |

Pursuant to 28 U.S.C. § 1746, William F. Sullivan hereby declares as follows

   1.   I am a partner with the law firm of Paul, Hastings, Janofsky & Walker LLP.

2. I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the State of California.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. Wherefore your declarant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in this case.

I certify that the foregoing is true and correct.  Signed under penalty of perjury this 3d day of April, 2008.


Dated: April 3, 2008

William F. Sullivan
Paul, Hastings, Janofsky & Walker LLP
515 S. Flower Street
Los Angeles, CA 90071
213.683.6000 (voice), 213.627.0705 (fax)

# THE STATE BAR
# OF CALIFORNIA

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639          TELEPHONE: 888-800-3400

April 2, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, WILLIAM FRANCIS SULLIVAN, #078353 was admitted to the practice of law in this state by the Supreme Court of California on December 21, 1977; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

Keith W. Miller
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000

James D. Wareham (*Pro hac vice* application pending)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street, N.W.
Washington, D.C. 20005
(202) 551-1700

William F. Sullivan (*Pro hac vice* application pending)
Howard M. Privette (*Pro hac vice* application pending)
John S. Durrant (*Pro hac vice* application pending)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 S. Flower Street
Los Angeles, California
(213) 683-6000
Attorneys for Defendants UBS Securities LLC and UBS Financial Services, Inc.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID and SHELLY CHANDLER, Individually, And As Trustees of the Chandler Trust Dated 12/28/2005, And On Behalf of All Others Similarly Sitiuated, <br><br> Plaintiffs, <br><br> - against - <br><br> UBS AG, UBS SECURITIES LLC and UBS FINANCIAL SERVICES, INC., <br><br> Defendants. | CASE NO: 08-CV-02967 (LMM) <br><br> **DECLARATION OF JAMES D. WAREHAM** |

Pursuant to 28 U.S.C. § 1746, James D. Wareham hereby declares as follows

    1.  I am a partner with the law firm of Paul, Hastings, Janofsky & Walker LLP.

2. I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing from the District of Columbia Court of Appeals annexed hereto I am a member in good standing of the Bar of the District of Columbia.

4. As shown in the Certificate of Good Standing from the Supreme Court of Illinois annexed hereto I am a member in good standing of the Bar of the State of Illinois.

5. There are no pending disciplinary proceedings against me in any State or Federal court.

6. Wherefore your declarant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in this case.

I certify that the foregoing is true and correct. Signed under penalty of perjury this 7th day of April, 2008.

Dated: April 7, 2008

James D. Wareham
Paul, Hastings, Janofsky & Walker LLP
875 15th Street
Washington, DC 20005
202.551-1700 (voice), 202.551-1705 (fax)



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

JAMES D. WAREHAM

was on the ___25TH___ day of ___SEPTEMBER, 1987___

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 1, 2008.

GARLAND PINKSTON, JR., CLERK

By: _C.N. Charles_

Deputy Clerk

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

James D. Wareham

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 6, 1986 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Monday, March 31, 2008.

*Juleann Hornyak*

Clerk