Keith W. Miller
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000

James D. Wareham (*Pro hac vice* application pending)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street, N.W.
Washington, D.C. 20005
(202) 551-1700

William F. Sullivan (*Pro hac vice* application pending)
Howard M. Privette (*Pro hac vice* application pending)
John S. Durrant (*Pro hac vice* application pending)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 S. Flower Street, 25th Floor
Los Angeles, California
(213) 683-6000

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/08
```

*Attorneys for Defendants UBS Securities LLC and UBS Financial Services Inc.*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID and SHELLY CHANDLER, Individually, and As Trustees of the Chandler Trust Dated 12/28/2005, and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>- against -<br><br>UBS AG, UBS SECURITIES LLC and UBS FINANCIAL SERVICES, INC.,<br><br>Defendants. | CASE NO: 08-CV-02967 (LMM)<br><br>STIPULATION ← ORDER |

LEGAL_US_E # 79129327.2

WHEREAS, on March 21, 2008, plaintiffs David and Shelly Chandler filed a putative securities class action complaint, captioned *Chandler v. UBS AG et al.*, 1:08-cv-02967;

WHEREAS, David and Shelly Chandler served their complaint on UBS Securities LLC and UBS Financial Services, Inc. on April 9, 2008;

WHEREAS, in the absence of any stipulation between the parties, the date for UBS Securities LLC and UBS Financial Services, Inc. to answer, move, or otherwise respond to David and Shelly Chandler's complaint would be 20 days after service of their complaint, or April 29, 2008;

WHEREAS, this stipulation is entered into on behalf of UBS Securities LLC and UBS Financial Services, Inc., by Keith Miller of Paul, Hastings, Janofsky & Walker LLP, and on behalf of David and Shelly Chandler by Jonathan K. Levine of Girard Gibbs LLP, but shall be for the benefit of all current and future plaintiffs and defendants, both named and unnamed who may be added to or consolidated with this action;

WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B)(ii), the Court must consolidate any related actions alleging claims under the Securities Exchange Act of 1934 ("Exchange Act") and then appoint lead plaintiff and lead counsel for this action; and,

WHEREAS, the parties believe that, for reasons of judicial efficiency and economy, defendants should be permitted to defer responding to the complaint in this action until after any related Exchange Act actions are consolidated, lead plaintiff and lead counsel are appointed, and a consolidated complaint is filed.

LEGAL_US_E # 79129327.2

## STIPULATION

WHEREFORE, the parties, by and through their undersigned counsel, hereby stipulate that the Court be requested to enter an order as follows:

1. Defendants, including all defendants both named and unnamed (hereinafter collectively "Defendants"), need not answer, move against or otherwise respond to any complaint in this and any related Exchange Act actions until 60 days after a consolidated complaint is filed by lead plaintiff and lead plaintiff counsel as appointed by the Court;

2. By entering into this stipulation, Defendants expressly preserve, and do not waive any and all defenses, including but not limited to defenses based on insufficiency of service of process and lack of personal jurisdiction.

IT IS SO STIPULATED.

| GIRARD GIBBS LLP | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
|---|---|
| By: /s/ Jonathan K. Levine | By: /s/ Keith Miller |
| jkl@girardgibbs.com<br>Daniel C. Girard<br>dcg@girardgibbs.com<br>Aaron M. Sheanin<br>ams@girardgibbs.com<br>601 California Street, 14th Floor<br>San Francisco, CA 94108<br>(415) 981-4800 | keithmiller@paulhastings.com<br>75 East 55th Street<br>New York, New York 10022<br>(212) 318-6000<br><br>James D. Wareham<br>jameswareham@paulhastings.com<br>875 15th Street, N.W.<br>Washington, D.C. 20005<br>(202) 551-1700 |
| SEEGER WEISS LLP<br>Christopher A. Seeger<br>cseeger@seegerweiss.com<br>Stephen A. Weiss<br>sweiss@seegerweiss.com<br>David R. Buchanan<br>dbuchanan@seegerweiss.com<br>One William Street<br>New York, NY 10004 | William F. Sullivan<br>williamsullivan@paulhastings.com<br>Howard M. Privette<br>howardprivette@paulhastings.com<br>John S. Durrant<br>johndurrant@paulhastings.com<br>515 S. Flower Street, 25th Floor |

**SO ORDERED:**

/s/ _____ 4/28/08
U.S.D.J.

LEGAL_US_B # 79129327.2

(212) 584-0700

STUEVE SIEGEL HANSON LLP
Norman E. Siegel, Esq.
460 Nichols Road, Suite 200
Kansas City, MO, 64112
(816) 714-7100

Dated: April 25, 2008

*Attorneys for Plaintiffs*

Los Angeles, California
(213) 683-6000

Dated: April 25, 2008

*Attorneys for Defendants UBS Securities LLC and UBS Financial Services Inc.*

LEGAL_US_E # 79129327.2