```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAVID and SHELLY CHANDLER, Individually, And As Trustees of the Chandler Trust Dated 12/28/2005, And On Behalf of All Others Similarly Sitiuated,

                Plaintiffs,

- against -

UBS AG, UBS SECURITIES LLC and UBS FINANCIAL SERVICES, INC.,

                Defendants.

CASE NO: 08-CV-02967 (LMM)

[PROPOSED] ORDER
GRANTING MOTION TO
ADMIT COUNSEL
*PRO HAC VICE*

---

Upon due consideration and the Court being fully advised of the application of **John S. Durrant, Howard M. Privette, William F. Sullivan,** and **James D. Wareham** to appear and participate *pro hac vice* as counsel for Defendants UBS Securities LLC and UBS Financial Services, Inc. in the above-referenced action, it is:

    ORDERED that said Motion be and the same is hereby GRANTED.

    This __2__ day of ~~April~~ May, 2008.

                                          _____
                                          Hon. Lawrence M. McKenna
                                          United States District Judge

LEGAL_US_E # 78855879.2



Keith W. Miller
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000

James D. Wareham (*Pro hac vice application pending)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street, N.W.
Washington, D.C. 20005
(202) 551-1700

William F. Sullivan (*Pro hac vice application pending)
Howard M. Privette (*Pro hac vice application pending)
John S. Durrant (*Pro hac vice application pending)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 S. Flower Street
Los Angeles, California
(213) 683-6000
Attorneys for Defendants UBS Securities LLC and UBS Financial Services, Inc.

**SCANNED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAVID and SHELLY CHANDLER, Individually, And As Trustees of the Chandler Trust Dated 12/28/2005, And On Behalf of All Others Similarly Sitiuated,

Plaintiffs,

- against -

UBS AG, UBS SECURITIES LLC and UBS FINANCIAL SERVICES, INC.,

Defendants.

CASE NO: 08-CV-02967 (LMM)

**MOTION TO ADMIT COUNSEL**
***PRO HAC VICE***

---

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York and upon the annexed Declaration of Keith W. Miller, a member in good standing of the bar of this Court, the

LEGAL_US_E # 78855879.2