UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID and SHELLY CHANDLER, Individually, And As Trustees of the Chandler Trust Dated 12/28/2005, And On Behalf of All Others Similarly Situated,<br>　　　　　　　Plaintiffs,<br>　v.<br>UBS AG, UBS Securities LLC and UBS Financial Services Inc.,<br>　　　　　　　Defendants. | CIVIL ACTION NO. 08-CV-02967 (LMM) |
| RICARDO L. SANCHEZ, On Behalf of Himself and All Others Similarly Situated,<br>　　　　　　　Plaintiff,<br>　v.<br>UBS AG, UBS Securities LLC and UBS Financial Services Inc.,<br>　　　　　　　Defendants. | CIVIL ACTION NO. 08-CV-03082 (LMM)<br><br>**STIPULATION REQUESTING CONSOLIDATION OF RELATED CASES** |

　　　　WHEREAS on March 21, 2008, Plaintiffs David and Shelley Chandler filed the action styled *David and Shelley Chandler, Individually, and As Trustees of the Chandler Trust Dated 12/28/2005, And on Behalf of All Others Similarly Situated v. UBS AG, UBS Securities LLC and UBS Financial Services, Inc.*, No. 08-CV-02967 (LMM) ("*Chandler*");

　　　　WHEREAS on March 26, 2008, Plaintiff Ricardo L. Sanchez filed the action styled *Ricardo L. Sanchez, On Behalf of Himself and All Others Similarly Situated v. UBS AG, UBS Securities LLC and UBS Financial Services, Inc.*, No. 08-CV-03082 (LMM) ("*Sanchez*");

WHEREAS the *Chandler* and *Sanchez* actions involve common questions of law and fact;

WHEREAS the *Chandler* and *Sanchez* parties have agreed to consolidate their cases;

THEREFORE IT IS HEREBY STIPULATED AND AGREED by the parties, by and through their undersigned counsel, that:

1. The *Chandler* and *Sanchez* actions are hereby consolidated for all purposes, including discovery, pretrial proceedings, trial proceedings, and post-trial proceedings, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure;

2. This action shall be captioned "*In re UBS Auction Rate Securities Litigation*," and the files of this action shall be maintained in one file under Master File No. 08-CV-02967. Any other actions now pending or hereafter filed in this District, or transferred to this District, which arise out of common alleged facts and include the same alleged claims against Defendants as alleged in the *Chandler* and *Sanchez* cases, shall be consolidated into this action for all purposes, if and when they are drawn to the Court's attention.

3. This order is without prejudice to the rights of any party to apply to the Court for severance of any claim, issue, party or action, or for modification of this Order, for good cause shown.

4. Every pleading filed in these consolidated actions, or in any separate action included herein, shall bear the following caption:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re UBS AUCTION RATE SECURITIES LITIGATION  )<br>)<br>)<br>This Document Relates To:  )<br>) | Master File No. 08-CV-02967 |

5. When a pleading is intended to be applicable to all actions to which this Order applies, the words "All Actions" shall appear immediately after the words "This Document

Relates To:" in the caption set out above. When a pleading is intended to be applicable to some, but not all, of the consolidated actions, immediately after the words "This Document Relates To:" in the caption described above, there shall appear "Civil Action No. _____ (plaintiff's name)" for each individual related action to which the pleading is intended to be applicable.

**IT IS SO STIPULATED.**

Dated: May 15, 2008

GIRARD GIBBS LLP

By: _____

Jonathan K. Levine (JL-8390)
Daniel C. Girard
Aaron M. Sheanin
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Christopher A. Seeger (CS-4880)
Stephen A. Weiss (SW-3520)
David R. Buchanan (DB-6368)
**SEEGER WEISS LLP**
One William Street
New York, NY 10004
Telephone: (212) 584-0700
Facsimile: (212) 584-0799

Norman E. Siegel
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, MO, 64112
Telephone: (816) 714-7100
Facsimile: (816) 714-7101

Counsel for Plaintiffs
David and Shelly Chandler

Dated: May 14, 2008

LEVI & KORSINSKY, LLP

By: _____

Eduard Korsinsky
Joseph E. Levi
Juan E. Monteverde

          39 Broadway, Suite 1601
          New York, NY 10006
          Telephone: (212) 363-7500
          Facsimile: (212) 363-7171

          Attorneys for Plaintiff Ricardo Sanchez

Dated: May 15, 2008    PAUL, HASTINGS, JANOFSKY & WALKER LLP

          By: /s/ William F. Sullivan

          William F. Sullivan
          Howard M. Privette
          John S. Durant
          515 S. Flower Street, 25th Floor
          Los Angeles, California 90071
          (213) 683-6000

          Keith Miller
          75 East 55th Street
          New York, New York 10022
          (212) 318-6000

          James D. Wareham
          875 15th Street, N.W.
          Washington, D.C. 20005
          (202) 551-1700

          Attorneys for Defendants UBS Securities LLC and
          UBS Financial Services Inc.

SO ORDERED:

_____
LAWRENCE M. McKENNA
United States District Judge