## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re UBS AUCTION RATE SECURITIES LITIGATION | ) Master File No. 08-cv-02967 |
| | ) |
| This Document Relates To: | ) |
| | ) |
| ALL ACTIONS | ) |
| | ) |
| | ) |
| RANDOLPH BONNIST, on behalf of himself and all others similarly situated, | ) Case No. 1:08-cv-04352-THK |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UBS AG, UBS SECURITIES LLC, and UBS FINANCIAL SERVICES INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## UBS ARS GROUP'S MOTION FOR
## APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS

COME NOW Randolph Bonnist and Teachers Count ("UBS ARS Group") and hereby move this Court for an order:

1.     Consolidating the above-captioned related actions, pursuant to Fed. R. Civ. P. 42(a);

2.     Appointing the UBS ARS Group, pursuant to § 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), and 15 U.S.C. § 77z-1(a)(3)(B) of the Securities Act of 1933, as Lead Plaintiff in this Action; and

3.    Approving the UBS ARS Group's selection of Carey & Danis, LLC as Lead Counsel.

This Motion is made on the grounds that the UBS ARS Group has suffered the largest financial losses as a result of Defendants' false and misleading statements to the market between May 8, 2003 and February 13, 2008.  In addition, the UBS ARS Group meet all the requirements of Fed. R. Civ. P. 23 because its claims are typical of the Class members' claims and because it will fairly and adequately represent the Class.  Finally, the UBS ARS Group have selected and retained a nationally-recognized law firm with extensive experience in prosecuting securities fraud class actions to serve as Lead Counsel for the Class.

The Motion is based upon the accompanying Memorandum of Law, the supporting Declaration of Michael J. Flannery filed herewith, the pleadings filed herein, and other written or oral arguments as may be presented to the Court.

Dated:  May 20, 2008                    Respectfully submitted,


                                   _/s/ Joseph P. Guglielmo_____
                                   Joe R. Whatley, Jr.
                                   Edith M. Kallas
                                   Joseph P. Guglielmo
                                   WHATLEY, DRAKE & KALLAS, LLC
                                   1540 Broadway, 37th Floor
                                   New York, NY 10036
                                   Telephone:  (212) 447-7070
                                   Facsimile:  (212) 447-7077

                                   *Proposed Local Counsel*

                                   Joseph P. Danis
                                   Michael J. Flannery
                                   Corey D. Sullivan
                                   CAREY & DANIS, LLC

8235 Forsyth Blvd.
Suite 1100
St. Louis, MO    63105
Telephone:  (314) 725-7700
Facsimile: (314) 721-0905

***Proposed Lead Counsel***

Edward M. Gergosian
GERGOSIAN & GRALEWSKI LLP
655 West Broadway
Suite 1410
San Diego, CA  92101
Telephone:  (619) 237-9500
Facsimile:  (619) 237-9555

A. Hoyt Rowell, III
Daniel O. Myers
T. Christopher Tuck
RICHARDSON, PATRICK, WESTBROOK &
BRICKMAN, LLC
1037 Chuck Dawley Blvd., Bldg. A
Mt. Pleasant, SC  29464
Direct:  (843) 727-6500
Fax:  (843) 216-6509

***Attorneys for UBS ARS Group***

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on May 20, 2008, I electronically filed the **UBS ARS GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

   /s/ Joseph P. Guglielmo_____
        Joseph P. Guglielmo

*Proposed Local Counsel for UBS ARS Group*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re UBS AUCTION RATE SECURITIES LITIGATION | ) | Master File No. 08-cv-02967 |
| | ) | |
| This Document Relates To: | ) | |
| | ) | |
| ALL ACTIONS | ) | |
| | ) | |
| | ) | |
| RANDOLPH BONNIST, on behalf of himself and all others similarly situated, | ) | Case No. 1:08-cv-04352-UA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UBS AG, UBS SECURITIES LLC, and UBS FINANCIAL SERVICES INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**[PROPOSED] ORDER**

Upon consideration of the Motion of the UBS ARS Group for Appointment as Lead Plaintiff, Approval of Lead Plaintiff's Selection of Lead Counsel and Consolidation of Related Actions, the Memorandum of Law and Declaration of Michael Flannery in support thereof, and for good cause shown,

IT IS HEREBY ORDERED THAT:

1.    The Motion of the UBS ARS Group is GRANTED;

2.      Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the above-captioned

actions, and any subsequently filed or transferred actions on behalf of all persons

who purchased UBS auction rate securities during the relevant time period and who

assert claims similar to those asserted in these cases, are hereby CONSOLIDATED

for all purposes.  This action shall be captioned "In re UBS AUCTION RATE

SECURITIES LITIGATION," and the file shall be maintained under Master File

No. 08-cv-02967-LMM.

3.      The UBS ARS Group is APPOINTED to serve as Lead Plaintiff, pursuant to

Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-

4(a)(3)(B), in the above-captioned action and all related actions hereby pursuant to

Paragraph 2 of this Order; and

4.      The selection of counsel by Lead Plaintiff is APPROVED and the law firm of

Carey & Danis, LLC is hereby APPOINTED as Lead Counsel for the Class.

SO ORDERED.

Dated: _____, 2008    _____

                                          LAWRENCE M. McKENNA
                                          United States District Judge