UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re UBS AUCTION RATE SECURITIES LITIGATION )<br>)<br>)<br>This Document Relates To: ALL ACTIONS )<br>) | Master File No. 08-CV-02967<br>CLASS ACTION |

MOTION OF THE SANCHEZ GROUP FOR
(1) APPOINTMENT AS LEAD PLAINTIFF AND
(2) APPROVAL OF THEIR SELECTION OF LEAD COUNSEL

The Sanchez Group[1], by its counsel, hereby respectfully moves this Court to: (i) be appointed Lead Plaintiff in the above-captioned securities class actions; and (ii) approve its selection and retention of Levi & Korsinsky as Lead Counsel.

In support of this Motion, the Chicago Sanchez Group submits herewith a Memorandum of Law, the Declaration of Joseph E. Levi with accompanying exhibits, and a Proposed Order.

DATED: May 20, 2008

                                         **LEVI & KORSINSKY, LLP**

                                         /s/ Joseph E. Levi
                         By: _____
                                    Eduard Korsinsky (EK 8989)
                                    Joseph E. Levi (JL 0848)
                                    Juan E. Monteverde (JM 8169)
                                    39 Broadway, Suite 1601
                                    New York, NY 10006
                                    Telephone: 212/363-7500
                                    Fax:         212/363-7171

                                    *Counsel for Plaintiff*

---

[1] The Sanchez Group is comprised of the following members: Ricardo Sanchez, Steven Sun, Martha Brixhoff, Paul Brixhoff, Linda Janczyck, Jeanne Walters, Vicki Hall, Marilyn Lesser, Arthur Gales, Steven Devito, Nasir Khalidi and Randy Lederman, Susan Silverman individually and as Trustee for Bessy Einhorn Family Trust and Charles Silverman Silverman individually and as Trustee Charles C. Silverman Trust.

## CERTIFICATE OF SERVICE

Juan E. Monteverde, being duly admitted attorney authorized to appear before the US District Court, Southern District of New York, under penalties of perjury, affirms as follows:

1. I am over eighteen years of age and am not a party tot eh above referenced matter.

2. On May 20, 2008, I served Notice of Motion, Memorandum in Support, Declaration of Joseph E. Levi in support and [proposed] Order on:

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
Keith Miller
75 East 55th Street
New York, New York 10022
(212) 318-6000

**ATTORNEYS FOR DEFENDANTS**

**Christopher Adam Seeger**
**David R. Buchanan**
**Stephen A. Weiss**
Seeger Weiss LLP
One William Street, 10th Floor
New York, NY 10004
(212)-584-0700

**ATTORNEYS FOR PLAINTIFF**

the address designated by said attorneys for that purpose, by depositing a true copy thereof, in a first class pre-paid envelope properly addressed as indicated above.

Dated: New York, NY         /s/ Juan E. Monteverde
       May 20, 2008         _____
                            Juan E. Monteverde

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re UBS AUCTION RATE SECURITIES LITIGATION )<br>)<br>)<br>This Document Relates To: ALL ACTIONS )<br>) | Master File No. 08-CV-02967<br>CLASS ACTION |

[PROPOSED] ORDER APPOINTING THE SANCHEZ GROUP AS LEAD PLAINTIFF AND APPROVING ITS SELECTION OF LEAD COUNSEL FOR THE CLASS

Having considered all motions for appointment as lead plaintiff in the above-referenced actions, the Court having read and considered all papers, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The Sanchez Group[1] is hereby appointed the Lead Plaintiff in the Consolidated Action for the class pursuant to the Securities Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA").

2. The Sanchez' Group selection of counsel is approved and Levi & Korsinsky, LLP are hereby approved as Lead Counsel for the Class.

3. Lead Counsel shall have the sole authority and discretion over the following matters on behalf of all plaintiffs in their respective cases: (a) appointment of suitable Local Counsel, (b) the initiation, response, scheduling, briefing and argument of all motions, (c) the

---

[1] The Sanchez Group is comprised of the following members: Ricardo Sanchez, Steven Sun, Martha Brixhoff, Paul Brixhoff, Linda Janczyck, Jeanne Walters, Vicki Hall, Marilyn Lesser, Arthur Gales, Steven Devito, Nasir Khalidi and Randy Lederman, Susan Silverman individually and as Trustee for Bessy Einhorn Family Trust and Charles Silverman Silverman individually and as Trustee Charles C. Silverman Trust.

scope, order and conduct of all discovery proceedings, (d) the designation of which attorneys may appear at hearings and conferences with the Court, (e) the timing and substance of any settlement negotiations with defendants, and (f) other matters concerning the prosecution and resolution of the respective cases. No other attorney is authorized to undertake any action on behalf of the class of securities purchasers without the express authorization of Lead Counsel. Defendants' counsel may rely upon agreements made with Lead Counsel and such agreements shall be binding on all plaintiffs.

Dated: _____ \_\_\_\_, 2008 _____

_____
United States District Judge