UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re UBS AUCTION RATE SECURITIES LITIGATION )<br>)<br>)<br>This Document Relates To: ALL ACTIONS )<br>) | Master File No. 08-CV-02967<br><u>CLASS ACTION</u> |

MOTION OF THE SANCHEZ GROUP FOR
(1) APPOINTMENT AS LEAD PLAINTIFF AND
(2) APPROVAL OF THEIR SELECTION OF LEAD COUNSEL

The Sanchez Group[1], by its counsel, hereby respectfully moves this Court to: (i) be appointed Lead Plaintiff in the above-captioned securities class actions; and (ii) approve its selection and retention of Levi & Korsinsky as Lead Counsel.

In support of this Motion, the Chicago Sanchez Group submits herewith a Memorandum of Law, the Declaration of Joseph E. Levi with accompanying exhibits, and a Proposed Order.

DATED: May 20, 2008

LEVI & KORSINSKY, LLP

By: /s/ Joseph E. Levi
_____
Eduard Korsinsky (EK 8989)
Joseph E. Levi (JL 0848)
Juan E. Monteverde (JM 8169)
39 Broadway, Suite 1601
New York, NY 10006
Telephone: 212/363-7500
Fax:        212/363-7171

*Counsel for Plaintiff*

---

[1] The Sanchez Group is comprised of the following members: Ricardo Sanchez, Steven Sun, Martha Brixhoff, Paul Brixhoff, Linda Janczyck, Jeanne Walters, Vicki Hall, Marilyn Lesser, Arthur Gales, Steven Devito, Nasir Khalidi and Randy Lederman, Susan Silverman individually and as Trustee for Bessy Einhorn Family Trust and Charles Silverman Silverman individually and as Trustee Charles C. Silverman Trust.

## CERTIFICATE OF SERVICE

Juan E. Monteverde, being duly admitted attorney authorized to appear before the US District Court, Southern District of New York, under penalties of perjury, affirms as follows:

1. I am over eighteen years of age and am not a party tot eh above referenced matter.

2. On May 20, 2008, I served Notice of Motion, Memorandum in Support, Declaration of Joseph E. Levi in support and [proposed] Order on:

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
Keith Miller
75 East 55th Street
New York, New York 10022
(212) 318-6000

**ATTORNEYS FOR DEFENDANTS**

**Christopher Adam Seeger**
**David R. Buchanan**
**Stephen A. Weiss**
Seeger Weiss LLP
One William Street, 10th Floor
New York, NY 10004
(212)-584-0700

**ATTORNEYS FOR PLAINTIFF**

the address designated by said attorneys for that purpose, by depositing a true copy thereof, in a first class pre-paid envelope properly addressed as indicated above.

Dated:  New York, NY                                                    /s/ Juan E. Monteverde
        May 20, 2008                                                    _____

                                                                        Juan E. Monteverde