UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
                                                                :
In Re UBS AUCTION RATE              : Master File No. 08-CV-02967
SECURITIES LITIGATION               :
                                                                :
This Document Relates To:  All Actions  :
                                                                :
---------------------------------------------------------------X

**MOTION OF STEVEN OPPENHEIMER FOR APPOINTMENT
AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

PLEASE TAKE NOTICE that Steven Oppenheimer, a member of the proposed class, upon the Declaration of James Henry Glavin IV, dated May 20, 2008, and the exhibits annexed thereto, the accompanying Memorandum of Law, all of the prior pleadings and proceedings had herein, and such other evidence as the Court may consider at the hearing on this motion, hereby respectfully moves this Court, by his counsel, for an order in the form filed herewith: (1) appointing him as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); and (2) approving his selection of Stull, Stull & Brody and Weiss & Lurie as Lead Counsel.

Dated: May 20, 2008

                 Respectfully submitted,

                 **STULL, STULL & BRODY**

              By:  /s/ James Henry Glavin IV
                 Jules Brody (JB-9151)
                 Menashe Y. Shapiro (MS-5448)
                 James Henry Glavin IV (JG-2188)
                 6 East 45th Street
                 New York, New York 10017
                 (212) 687-7230

                 **WEISS & LURIE**
                 Jordan L. Lurie
                 10940 Wilshire Blvd.
                 Suite 2300
                 Los Angeles, California 90024
                 (310) 208-2800

                 **Proposed Lead Counsel**

# CERTIFICATE OF SERVICE

  I hereby certify that on May 20, 2008, I filed and served the foregoing document(s) with the Clerk of the Court via ECF in accordance with the Federal Rules of Civil Procedure and the Southern District's Rules on Electronic Service upon all counsel of record, namely:

*Counsel for Plaintiffs:*

Christopher Adam Seeger
David R. Buchanan
Stephen A. Weiss
SEEGER WEISS LLP
One William Street, 10th Floor
New York, NY 10004

*Counsel for Consolidated Plaintiffs:*

Eduard Korsinsky
Joseph E. Levi
ZIMMERMAN LEVI & KORSINSKY, LLP (NY)
39 Broadway, Suite 1601
New York, NY 10006

*Counsel for Defendants:*

Howard M. Privette
John S. Durrant
William F. Sullivan
PAUL HASTINGS JANOFSKY & WALKER
515 S. Flower St.
25th Floor
Los Angeles, CA 90071-3132

James D. Wareham
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street, N.W.
Washington, DC 20005

Keith William Miller
PAUL, HASTINGS, JANOFSKY & WALKER LLP (NYC)
75 East 55th Street
New York, NY 10022

2

I hereby certify that the foregoing document(s) were served on the following counsel by U.S. Mail on May 20, 2008:

*Counsel for Randolph Bonnist:*

Edith M. Kallas
MILBERG WEISS BERSHAD & SCHULMAN LLP (NYC)
One Pennsylvania Plaza
New York, NY 10119

Joe R. Whatley, JR.
Joseph Peter Guglielmo
WHATLEY, DRAKE & KALLAS, LLC
1540 Broadway
37th Floor
New York, NY 10281

Dated: May 20, 2008                                          s/ James Henry Glavin IV
                                                             James Henry Glavin IV
                                                             Stull, Stull & Brody
                                                             6 East 45th Street
                                                             New York, New York 10017

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
:
In Re UBS AUCTION RATE         :   Master File No. 08-CV-02967
SECURITIES LITIGATION          :
:
This Document Relates To:  All Actions   :
:
---------------------------------------------------------------X


**[PROPOSED] ORDER GRANTING THE MOTION OF
STEVEN OPPENHEIMER FOR APPOINTMENT AS LEAD PLAINTIFF,
AND APPROVING LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

Having considered the motion(s) and supporting papers filed by the movant(s) for appointment as Lead Plaintiff and approval of selection of Lead Counsel in the above-captioned action, and for good cause shown:

**IT IS HEREBY ORDERED THAT**:

1.  The following movant is appointed Lead Plaintiff pursuant to Section 21D (a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"): Steven Oppenheimer.

2.  The law firms of Stull, Stull & Brody and Weiss & Lurie are hereby appointed to serve as Lead Counsel pursuant to Section 21D(a)(3)(B) of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the PSLRA.

3.  Service by the defendants on plaintiffs of any papers shall be deemed to be complete for all purposes when a copy is served on Lead Counsel.


**SO ORDERED** this _____ day of _____, 2008:


_____
U.S.D.J.

1