USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/08

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

DAVID and SHELLY CHANDLER, )
Individually, And As Trustees of the Chandler )
Trust Dated 12/28/2005, And On Behalf of All ) Civil Action No.: 8-cv-02967(~~DLC~~) LMM
Others Similarly Situated, )
)
)
) **ORDER FOR ADMISSION**
) **PRO HAC VICE ON**
Plaintiffs, ) **WRITTEN MOTION**
)
v. ) ELECTRONICALY FILED CASE
)
UBS AG, UBS Securities LLC and UBS )
Financial Services Inc., )
)
Defendants. )

Upon the motion of Stephen A. Weiss, attorney David & Shelly Chandler, and said sponsor of

attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

NORMAN E. SIEGEL & MATTHEW L. DAMERON
Stueve Siegel Hanson
460 Nichols Road Suite, 200
Kansas City, Missouri
Email: siegel@stuevesiegel.com
mdameron@stuevesiegel.com

are admitted to practice *pro hac vice* as counsel for David & Shelly Chandler in the above

captioned case in the United States District Court for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the

Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing



(ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: June 5, 2008

New York, New York

By: _____
United States District Court Judge

2

## CERTIFICATE OF SERVICE

J. Daniel Mora, being duly sworn, hereby deposes and says:

I am over the age of eighteen years and not a party to the within action and am employed by the firm Seeger Weiss LLP, counsel for the plaintiff.

On May 29, 2008 I cause a true and correct copy of the foregoing

**PLAINTIFF'S MOTION TO ADMIT COUNSEL *PRO HAC VICE***, to be served via U.S. Mail, with proper postage prepaid on all counsel of record at the following addresses:

**Kent Andrew Bronson**
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, NY 10019
212-554-1400
212-554-1444 (fax)
kbronson@milberg.com

*Representing Movant Aric A. Streit and Mary Streit, as Trustees for the Benefit of The Streit Living Trust*

**John S. Durrant**
**William F. Sullivan**
**Howard M. Privette**
Paul, Hastings, Janofsky & Walker LLP (CA)
515 S. Flower Street
Los Angeles, CA
(213) 683-6144
(213)-627-0705 (fax)
johndurrant@paulhastings.com
williamsullivan@paulhastings.com
howardprivette@paulhastings.com

**Keith William Miller**
Paul, Hastings, Janofsky & Walker LLP (NYC)
75 East 55th Street
New York, NY 10022
(212)-318-6000
(212)-318-4090
keithmiller@paulhastings.com