SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

David and Shelly Chandler, et al     Plaintiff,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/10/08

08   cv   02967   (lmm)

- against -

UBS AG, UBS Securities LLC, et al     Defendant.

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of Jonathan K. Levine   attorney for David and Shelly Chandler
and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Christina H. C. Sharp |
| Firm Name: | Girard Gibbs LLP |
| Address: | 601 California Street, Suite 1400 |
| City/State/Zip: | San Francisco, CA 94108 |
| Telephone/Fax: | (415) 981-4800 |
| Email Address: | chc@girardgibbs.com |

is admitted to practice pro hac vice as counsel for   David and Shelly Chandler   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 6/10/08
City, State: New York, NY

United States District/~~Magistrate~~ Judge

FOR OFFICE USE ONLY: FEE PAID $       SDNY RECEIPT#
SDNY Form Web 10/2006