SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 6/10/08 |

David and Shelly Chandler, et al     Plaintiff,

08   cv   02967   (lmm)

- against -

UBS AG, UBS Securities LLC, et al     Defendant.

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of Jonathan K. Levine attorney for David and Shelly Chandler

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name:   Daniel C. Girard
Firm Name:          Girard Gibbs LLP
Address:            601 California Street, Suite 1400
City/State/Zip:     San Francisco, CA 94108
Telephone/Fax:      (415) 981-4800
Email Address:      dcg@girardgibbs.com

is admitted to practice pro hac vice as counsel for David and Shelly Chandler in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 6/10/08
City, State: New York, NY

United States District/~~Magistrate~~ Judge

FOR OFFICE USE ONLY: FEE PAID $         SDNY RECEIPT#
SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID and SHELLY CHANDLER, Individually, And As Trustees of the Chandler Trust Dated 12/28/2005, And On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBS AG, UBS Securities LLC and UBS Financial Services Inc.,<br><br>Defendants. | CIVIL ACTION NO. 08-02967 |

## CERTIFICATE OF SERVICE

I, Angeline C. Ellis, being duly sworn, deposes and says:

I am employed by Girard Gibbs LLP, 601 California Street, Suite 1400, San Francisco, CA 94108. I am over the age of eighteen years and am not a party to this action.

On May 31, 2008, I served the attached document(s) via U.S. Mail:

1. **MOTION TO ADMIT COUNSEL PRO HAC VICE (DANIEL C. GIRARD);**

2. **AFFIDAVIT OF JONATHAN K. LEVINE IN SUPPORT OF PLAINTIFFS'** *PRO HAC VICE* **ADMISSION OF DANIEL C. GIRARD;**

3. **DECLARATION OF DANIEL C. GIRARD IN SUPPORT OF PLAINTIFFS'** *PRO HAC VICE* **ADMISSION;**

4. **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION; (DANIEL C. GIRARD);**

5. **MOTION TO ADMIT COUNSEL PRO HAC VICE (AARON M. SHEANIN);**

6. **AFFIDAVIT OF JONATHAN K. LEVINE IN SUPPORT OF PLAINTIFFS'** *PRO HAC VICE* **ADMISSION OF AARON M. SHEANIN;**



7. DECLARATION OF AARON M. SHEANIN IN SUPPORT OF PLAINTIFFS' *PRO HAC VICE* ADMISSION;

8. ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION; (AARON M. SHEANIN);

9. MOTION TO ADMIT COUNSEL PRO HAC VICE (A. J. De BARTOLOMEO);

10. AFFIDAVIT OF JONATHAN K. LEVINE IN SUPPORT OF PLAINTIFFS' *PRO HAC VICE* ADMISSION OF A. J. De BARTOLOMEO;

11. AFFIDAVIT OF A. J. De BARTOLOMEO IN SUPPORT OF PLAINTIFFS' *PRO HAC VICE* ADMISSION;

12. ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION (A. J. De BARTOLOMEO);

13. MOTION TO ADMIT COUNSEL PRO HAC VICE (CHRISTINA H. C. SHARP);

14. AFFIDAVIT OF JONATHAN K. LEVINE IN SUPPORT OF PLAINTIFFS' *PRO HAC VICE* ADMISSION OF CHRISTINA H. C. SHARP;

15. AFFIDAVIT OF CHRISTINA H. C. SHARP IN SUPPORT OF PLAINTIFFS' *PRO HAC VICE* ADMISSION;

16. ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION (CHRISTINA H. C. SHARP); and

17. CERTIFICATE OF SERVICE.

on:

### PLEASE SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the State of New York that the above is true and correct, executed 6/06/, 2008, at San Francisco, California.

_____
Angeline C. Ellis

## Service List
*In re UBS Auction Rate Securities Litigation*
1:08-cv-02967-LMM S.D. NY

| Plaintiffs | Defendants |
|---|---|
| Christopher Adam Seeger<br>David R. Buchanan<br>Stephen A. Weiss<br>**SEEGER WEISS LLP**<br>One William Street, 10th Floor<br>New York, NY 10004<br>Tel: (212) 584-0700<br>Fax: (212) 584-0799<br>cseeger@seegerweiss.com<br>dbuchanan@seegerweiss.com<br>sweiss@seegerweiss.com<br><br>Counsel for Plaintiff David Chandler<br><br>Joseph E. Levi<br>Eduard Korinsky<br>Juan E. Monteverde<br>**ZIMMERMAN LEVI & KORSINSKY, LLP**<br>39 Broadway, Suite 1601<br>New York, NY 10006<br>Tel: (212) 363-7500<br>Fax: (212) 363-7171<br>ek@zlklaw.com<br>jmonteverde@zkl.com<br><br>Counsel for Plaintiff Ricardo L. Sanchez | Howard M. Privette<br>John S. Durrant<br>William F. Sullivan<br>**PAUL HASTINGS JANOFSKY & WALKER, LLP**<br>515 S. Flower Street, 25th Floor<br>Los Angeles, CA 90071<br>Tel: (213) 683-6229<br>Fax: (213) 627-0705<br>howardprivette@paulhastings.com<br>johndurrant@paulhastings.com<br>williamsullivan@paulhastings.com<br><br>Counsel for Defendants UBS Securities, LLC and UBS Financial Services, Inc.<br><br>James D. Wareham<br>**PAUL HASTINGS JANOFSKY & WALKER, LLP**<br>875 15th Street, N.W.<br>Washington, DC 20005<br>Tel: (202) 551-1700<br>Fax: (202) 551-1705<br>jameswareham@paulhastings.com<br><br>Counsel for Defendants UBS Securities, LLC and UBS Financial Services, Inc.<br><br>Keith W. Miller<br>**PAUL HASTINGS JANOFSKY & WALKER, LLP**<br>75 East 55th Street<br>New York, NY 10022<br>Tel: (212) 318-6000<br>Fax: (212) 318-4090<br>keithmiller@paulhastings.com<br><br>Counsel for Defendants UBS Securities, LLC and UBS Financial Services, Inc. |