# MILBERG LLP

NEW YORK
LOS ANGELES
TAMPA

Jerome M. Congress
Direct Dial: 212-946-9373
jcongress@milberg.com

June 13, 2008

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 6/16/08

VIA HAND DELIVERY

Honorable Lawrence M. McKenna
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1640
New York, NY 10007

Re:   *In re UBS Auction Rate Securities Litigation*, Master File: 08-cv-02967 (LMM)

Dear Judge McKenna:

    We represent Plaintiffs Aric A. Streit and Mary Streit, Trustees for the benefit of the Streit Living Trust, (the "Streits"), who moved for Consolidation, Appointment as Lead Plaintiffs, and Approval of Lead Plaintiffs' Selection of Co-Lead Counsel on May 20, 2008 (Dkt.# 11) in the above-referenced matter. Because the issues raised by the three Oppositions to this motion are numerous and complex, we respectfully request leave to file a reply memorandum of law in further support of the Streits' motion of no more than 15 pages.

    In addition to replying to the arguments opposing the Streits' motion for Lead Plaintiff appointment and choice of Lead Counsel, the Streits must also reply to the Plaintiffs in *Kassover, et al. v. UBS AG, et al.*, No. 1:08-cv-2753 (*Kassover* Action), who oppose consolidation of that action with *Chandler v. UBS AG*, No. 1:08-cv-4352, *Sanchez v. UBS AG*, No. 08-cv-3082 and *Bonnist v. UBS AG*, No. 1:08-cv-4352. Since no other movant in this case seeks consolidation of the *Kassover* action, the Streits are likely the only party having to reply to the *Kassover* Opposition. Because of the overlap of background of the motions, and because of the need to reply to three different crossing briefs, we believe it is more efficient to reply in a single consolidated brief of up to 15 pages, which is 5 pages less than what we would be entitled to if we filed separate briefs.

*Granted. So ordered.*
[signature]
(LMM) 6/16/08

**Milberg LLP**
One Pennsylvania Plaza · New York, NY 10119-0165 · (212) 594-5300 · Fax: (212) 868-1229 · www.milberg.com

Hon. Lawrence M. McKenna
June 13, 2008
Page 2

     If the Court wishes to discuss this request, we would be happy to do so at the Court's convenience.

Respectfully submitted,

Jerome M. Congress

JMC:jg

cc:    <u>VIA FEDERAL EXPRESS</u>
     Howard M. Privette, Esq.
     Joseph P. Guglielmo, Esq.
     James H. Glavin, Esq.
     Eduard Korsinsky, Esq.
     Daniel C. Girard, Esq.
     Samuel P. Sporn, Esq.
     Christopher A. Seeger, Esq.
     Norman A. Seigel, Esq.
     Joseph P. Danis, Esq.
     Edward M. Gergosian, Esq.
     A. Hoyt Rowell, III, Esq.
     George Carpinello, Esq.
     Jordan L Lurie, Esq.

**Milberg LLP**
DOCS\437901v1