**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE AUCTION RATE SECURITIES
LITIGATION

This Document Relates To:  Nos. 08-CV-2967, 08-CV-3082, 08-CV-4352, 08-CV-5251

Case No:  08-CV-2967 (LMM)
ECF Case

**NOTICE OF MOTION OF DEFENDANT JOSEPH SCOBY TO DISMISS FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

PLEASE TAKE NOTICE that, upon the accompanying memorandum in support and upon the motion and memorandum of law submitted by Defendants UBS Securities LLC, UBS Financial Services Inc., UBS AG, Marten Hoekstra, and Marcel Rohner, the undersigned will move before the Honorable Lawrence M. McKenna, Judge of the United States District Court for the Southern District of New York, at the United States District Courthouse, located at 500 Pearl Street, New York, NY 10007, at a time and place to be scheduled by this Court, for an order dismissing the Amended Complaint against Joseph Scoby in its entirety with prejudice.

Dated: August 28, 2009

                                      Respectfully Submitted,

                                      KIRKLAND & ELLIS LLP

                         By:      s/ John F. Hartmann
                                    John F. Hartmann P.C.
                                    jhartmann@kirkland.com
                                    Paul M. Helms
                                    phelms@kirkland.com
                                    KIRKLAND & ELLIS LLP
                                    300 North LaSalle Street
                                    Chicago, Illinois 60654
                                    (312) 861-2215

                                    Andrew M. Genser
                                    agenser@kirkland.com
                                    John P. Del Monaco
                                    jdelmonaco@kirkland.com
                                    KIRKLAND & ELLIS LLP
                                    Citigroup Center
                                    153 East 53rd Street
                                    New York, New York 10022-4611
                                    (212) 446-4809

                                    *Counsel for Defendant Joseph Scoby*